# UNITED STATES DISTRICT COURT

for the
Northern District of Georgia

| | | |
|---|---|---|
| **JOE IRVIN, individually and on behalf of a class of all persons and entities similarly situated** | ) ) ) ) | |
| *Plaintiff* | ) ) | |
| v. | ) ) ) | Civil Action No. 1:26-cv-04114 |
| **GAS SOUTH, LLC** | ) ) | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, Jerald Luster, state:

I am a specially appointed or permanent process server authorized to complete this service.

I served the following documents to GAS SOUTH, LLC in Cobb County, GA on July 23, 2026 at 10:55 am at 788 Circle 75 Pkwy SE, Ste 800, Atlanta, GA 30339-4692 by leaving the following documents with Alaric Deloney who as Intake Specialist is authorized by appointment or by law to receive service of process for GAS SOUTH, LLC.

SUMMONS IN A CIVIL ACTION
CLASS ACTION COMPLAINT
CIVIL COVER SHEET
Race: Black or African American, Sex: Female, Est. Age: 35-44, Hair: Black, Glasses: N, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.8865778,-84.4691068
Photograph: See Exhibit 1

Total Cost: $115.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Fulton County                                    ,

GA         on      7/23/2026                    .

/s/ *Jerald Luster*
_____
Signature
Jerald Luster
+1 (404) 903-4169



Exhibit 1a)