## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| JOE IRVIN, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GAS SOUTH, LLC,<br><br>    Defendant. | Case No. 1:26-cv-04114-LMM |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Valerie S. Sanders, of the law firm of Eversheds Sutherland (US) LLP, hereby appears as counsel of record for Defendant Gas South, LLC, in this action and requests that all subsequent documents be served upon her at the address below.

Respectfully submitted,

**EVERSHEDS SUTHERLAND (US) LLP**

*/s/ Valerie S. Sanders*

Valerie S. Sanders (GA Bar No. 625819)
600 Peachtree Street, NE, Suite 5200
Atlanta, GA 30308
Telephone:  (404) 853-8168
Facsimile:  (404) 853-8806
valeriesanders@eversheds-sutherland.com
***Counsel for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2026, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Valerie S. Sanders*
Valerie S. Sanders