**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| JOE IRVIN, individually and on behalf of a class of all persons and entities similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>GAS SOUTH, LLC,<br><br>      Defendant. | Case No. 1:26-cv-04114-LMM |

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 3.3(C), Defendant Gas South, LLC, submits the following Certificate of Interested Persons and Corporate Disclosure Statement.

1.    The undersigned counsel of record for Defendant Gas South, LLC certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

      a.    Plaintiff Joe Irvin;

      b.    Defendant Gas South, LLC; and

c.    Cobb Electric Membership Corporation – Defendant's corporate parent.

2.    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

a.    Only those parties and entities identified in response to No. 1 above.

3.    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

a.    For Plaintiff Joe Irvin:

- Chinn Law Firm

  o  Valerie Chinn (GA Bar No. 248468)

- Paronich Law, P.C.

  o  Anthony I. Paronich (*pro hac vice*)

b.    For Defendant Gas South, LLC:

- Eversheds Sutherland (US) LLP

  o  Valerie S. Sanders (GA Bar No. 625819)

  o  Ian N. Jones (GA Bar No. 437690)

o   Francis X. Nolan, IV (*pro hac vice* forthcoming)

4.    The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

a.    Not applicable.

5.    Gas South, LLC is a wholly owned subsidiary of Cobb Electric Membership Corporation ("Cobb EMC"), a Georgia nonprofit corporation with its principal place of business in Georgia.  Cobb EMC is 100% owned by its individual members.  There are no other entities with an interest in Cobb EMC, and no publicly held entity owns 10% or more of the stock of Cobb EMC.

6.    A supplemental disclosure statement will be filed upon any change in the information provided herein.

Submitted this 5th day of August, 2026.

Respectfully submitted,

**EVERSHEDS SUTHERLAND (US) LLP**

*/s/ Valerie S. Sanders*
Valerie S. Sanders (GA Bar No. 625819)
Ian N. Jones (GA Bar No. 437690)
600 Peachtree Street, NE, Suite 5200
Atlanta, GA 30308
Telephone:  (404) 853-8000
Facsimile:  (404) 853-8806
valeriesanders@eversheds-sutherland.com
ianjones@eversheds-sutherland.com

3

Francis X. Nolan, IV (*pro hac vice* forthcoming)
1114 Avenue of the Americas
The Grace Building, 40th Floor
New York, New York 10036
Telephone: (212) 389-5083
Facsimile: (212) 389-5099
franknolan@eversheds-sutherland.com

*Counsel for Defendant*

4

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2026, I electronically filed the foregoing CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Valerie S. Sanders
Valerie S. Sanders