**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JOE IRVIN, individually and on behalf of a class of all persons and entities similarly situated, | |
| Plaintiff, | Case No. 1:26-cv-04114-LMM |
| v. | |
| GAS SOUTH, LLC, | |
| Defendant. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT
GAS SOUTH, LLC TO ANSWER OR OTHERWISE RESPOND
TO PLAINTIFF'S CLASS ACTION COMPLAINT**

Defendant Gas South, LLC ("Gas South" or "Defendant"), through undersigned counsel and pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and the Court's individual practice rules, hereby moves this Court for an extension of time, through and including September 18, 2026, to answer or otherwise respond to Plaintiff's Complaint. Plaintiff does not oppose the extension sought by this motion. In further support of its motion, Gas South states as follows:

1.      Plaintiff filed the Complaint on July 21, 2026. (ECF No. 1.)

2.      Gas South was served with the Complaint on July 23, 2026, making its response to the Complaint due on August 13, 2026. (ECF No. 6.)

3.      Gas South requests an extension through and including September 18, 2026 of the time to respond to the complaint. The requested extension will allow Gas South additional time to investigate and respond to Plaintiffs' allegations and claims. Accordingly, Gas South respectfully requests an extension of the deadline to respond to Plaintiff's Class Action Complaint, up to and including September 18, 2026.

4.      This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party. As noted, Plaintiff does not object to the extension sought by this motion.

5.      This is Gas South's first request for an extension of time.

**WHEREFORE**, Gas South respectfully requests that the Court extend the deadline for Gas South to answer or otherwise respond to Plaintiff's Complaint from August 13, 2026, through and including September 18, 2026.

Respectfully submitted,

**EVERSHEDS SUTHERLAND (US) LLP**

*/s/ Valerie S. Sanders*
Valerie S. Sanders (GA Bar No. 625819)
Ian N. Jones (GA Bar No. 437690)
600 Peachtree Street, NE, Suite 5200
Atlanta, GA 30308
Telephone:  (404) 853-8000
Facsimile:  (404) 853-8806
valeriesanders@eversheds-sutherland.com
ianjones@eversheds-sutherland.com

Francis X. Nolan, IV (*pro hac vice* forthcoming)
1114 Avenue of the Americas
The Grace Building, 40th Floor
New York, New York 10036
Telephone: (212) 389-5083
Facsimile: (212) 389-5099
franknolan@eversheds-sutherland.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2026, I electronically filed the foregoing

UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT GAS

SOUTH, LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S

CLASS ACTION COMPLAINT with the Clerk of the Court using the CM/ECF

system, which will send notification of such filing to all counsel of record.

*/s/ Valerie S. Sanders*
Valerie S. Sanders

4