**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

JOE IRVIN, individually and on behalf of a class of all persons and entities similarly situated,

Plaintiff,

v.

GAS SOUTH, LLC

Defendant.

Case No. 26-cv-4114

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE TIME FOR THE PLAINTIFF TO FILE A MOTION FOR CLASS CERTIFICATION**

COME NOW, Plaintiff Joe Irvin ("Plaintiff") and respectfully requests that that the Plaintiff be able to file a motion for class certification at a time that is Ordered by the Court when a joint proposed Scheduling Order is issued.

In support of this Motion, the Parties show the Court as follows:

1. The Plaintiff filed this Class Action Complaint, alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 on behalf of a national class.

2. Pursuant to Local Rule 23.1(B), Plaintiff's Motion for Class Certification is currently due within 90 days from the filing of an Answer.

3. The Plaintiff will need to conduct discovery and secure expert testimony before a motion for class certification can be filed. As such, the Plaintiff requests that the motion for class certification be filed at a time that is Ordered by the Court when a joint proposed Scheduling Order is issued. This Court has "broad discretion over the management of pre-trial activities, including discovery and scheduling." *Johnson v. Bd. of Regents of Univ. of Ga.,* 263 F.3d 1234, 1269 (11th Cir. 2001); *see also, Chudasama v. Mazda Motor Corp.,* 123 F.3d 1353, 1366 (11th Cir. 1997) ("[D]istrict courts enjoy broad discretion in deciding how best to manage the cases before them.").

The Plaintiff has conferred with counsel for the Defendant, who states that they did not oppose the requested relief.

WHEREFORE, the Plaintiff respectfully requests that this Motion be granted.

*<u>/s/ Anthony I. Paronich</u>*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed class*