IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOR IRVIN, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GAS SOUTH, LLC,<br><br>Defendant. | : | CIVIL ACTION NO.<br>1:26-cv-04114-LMM |

**ORDER**

This matter is before the Court on Plaintiff's Unopposed Motion to Extend the Time for the Plaintiff to File a Motion for Class Certification. Dkt. No. [13]. For good cause shown, the Motion is **GRANTED**. Plaintiff's deadline to file a motion for class certification will be included in the Court's Scheduling Order.

**IT IS SO ORDERED** this 9th day of September, 2026.

**Leigh Martin May**
**Chief United States District Judge**