**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JOE IRVIN, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GAS SOUTH, LLC,<br><br>Defendant. | Case No. 1:26-cv-04114-LMM |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT GAS SOUTH, LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**

Defendant Gas South, LLC ("Gas South" or "Defendant"), through undersigned counsel and pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and the Court's individual practice rules, hereby moves this Court for an extension of time, through and including October 19, 2026, to answer or otherwise respond to Plaintiff's Complaint. Plaintiff does not oppose the extension sought by this motion. In further support of its motion, Gas South states as follows:

1. Plaintiff filed the Complaint on July 21, 2026 (ECF No. 1) and Gas South was served with the Complaint on July 23, 2026 (ECF No. 6.)

2. Gas South previously sought an extension through September 18, 2026, to respond to the complaint, which was granted by this Court (ECF Nos. 10, 12.)

3. Gas South requests an additional 30-day extension, through and including October 19, 2026, to file its response to the Complaint. The requested extension will allow Gas South additional time to investigate and respond to Plaintiffs' allegations and claims. Accordingly, Gas South respectfully requests an extension of the deadline to respond to Plaintiff's Class Action Complaint, up to and including October 19, 2026.

4. This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party. As noted, Plaintiff does not oppose the extension sought by this motion.

5. This is Gas South's second request for an extension of time to answer.

**WHEREFORE**, Gas South respectfully requests that the Court extend the deadline for Gas South to answer or otherwise respond to Plaintiff's Complaint from September 18, 2026, through and including October 19, 2026.

Respectfully submitted,

**EVERSHEDS SUTHERLAND (US) LLP**

*/s/ Francis X. Nolan, IV*

Valerie S. Sanders (GA Bar No. 625819)
Ian N. Jones (GA Bar No. 437690)
600 Peachtree Street, NE, Suite 5200
Atlanta, GA 30308
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
valeriesanders@eversheds-sutherland.com
ianjones@eversheds-sutherland.com

Francis X. Nolan, IV (*pro hac vice*)
1114 Avenue of the Americas
The Grace Building, 40th Floor
New York, New York 10036
Telephone: (212) 389-5083
Facsimile: (212) 389-5099
franknolan@eversheds-sutherland.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2026, I electronically filed the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT GAS SOUTH, LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Francis X. Nolan, IV*