**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

JOE IRVIN, individually and on behalf of a class of all persons and entities similarly situated,

Plaintiff,

v.

GAS SOUTH, LLC,

Defendant.

Case No. 1:26-cv-04114-LMM

# ORDER

Having reviewed the Unopposed Motion for Extension of Time for Defendant Gas South, LLC to Answer or Otherwise Respond to Plaintiff's Class Action Complaint, and good cause appearing, it is hereby

**ORDERED** that the Unopposed Motion for Extension of Time for Defendant Gas South, LLC to Answer or Otherwise Respond to Plaintiff's Class Action Complaint be granted, and that Defendant Gas South, LLC shall have up to and including October 19, 2026, to respond to Plaintiff's Complaint.

**SO ORDERED this 16th day of September, 2026.**

LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE